## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WISCONSIN

Darren E. Green,

    Plaintiff,

    v.

Madison Metropolitan School District, John Hagan,
And Eric Kestin,

    Defendants.

Case No. 18-cv-38

**Stipulation for Dismissal with Prejudice and without Costs**

The parties by their respective undersigned attorneys hereby stipulate that this action may be dismissed with prejudice and without costs.

Dated this Wednesday, July 25, 2018.

Respectfully submitted,

Darren E. Green,

Plaintiff,

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar No. 1016284
131 W. Wilson St., Suite 1200
Madison, WI 53703

Phone: (608) 283-6001
Facsimile: (608) 283-0945
E-mail: jsolson@scofflaw.com

/s/ Jeff Scott Olson
_____
JEFF SCOTT OLSON

ATTORNEYS FOR PLAINTIFFS



Dated this Wednesday, July 25, 2018.

Respectfully submitted,

Madison Metropolitan School District, John Hagan, and Eric Kestin,,

Defendants,

By

LINDNER & MARSACK, S.C.
Attorneys for Defendants,

/s/ Oyvind Wistrom
_____
Oyvind Wistrom, State Bar No. 1024964
Samantha Wood, State Bar No. 1091367
411 East Wisconsin Avenue;
Suite 1800
Milwaukee, WI 53202
Phone: (414) 273-3910
Facsimile: (414) 298-9873
Email: owistrom@lindner-marsack.com

ATTORNEYS FOR DEFENDANTS

### Certificate of Service

I hereby certify that on Wednesday, July 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Oyvind Wistrom, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: none.

/s/ Jeff Scott Olson